**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ALLEN POLK,
#1902-11                                                                                                    PLAINTIFF

v.                                              4:11-cv-0385-JMM-JJV

PULASKI COUNTY
DETENTION FACILITY, *et al*.                                                         DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Pulaski County Detention Facility is DISMISSED from Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

2. Plaintiff's allegation that Defendants violated a policy or procedure is DISMISSED for failure to state a claim upon which relief may be granted.

DATED this 31st day of May, 2011.

/s/ James M. Moody
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE