IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ALLEN POLK, ADC #96606, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *  No. 4:11-cv-00385-JJV |
| PULASKI COUNTY DETENTION | * |
| FACILITY; *et al.*, | * |
| | * |
| Defendants. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

SO ORDERED this 17th day of October, 2012.

                                                                _____
                                                                JOE J. VOLPE
                                                                UNITED STATES MAGISTRATE JUDGE